# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:08CR00024-041 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **BRUCE EDWARD BAUMGARDNER,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the defendant's Motion to Amend (ECF No. 2993) is GRANTED; the defendant's "Motion for Joinder" (ECF No. 2994) is DENIED; the United States' Motion to Dismiss (ECF No. 3000) is GRANTED; the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 2952), as amended, is DENIED; and the § 2255 proceeding is stricken from the active docket of the court.

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: August 29, 2013

/s/ James P. Jones
United States District Judge