# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08CR00024-002 |
| v. ) | **FINAL ORDER** |
| ) | |
| **BRYANT KELLY PRIDE,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

    1. The defendant's motion (ECF No. 3074), to the extent that it seeks relief from judgment under Fed. R. Civ. P. 60(b), is DENIED;

    2. The Clerk is DIRECTED to redocket the defendant's pro se motion (ECF No. 3074) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

    3. The § 2255 motion is hereby DENIED without prejudice as successive;

    4. The § 2255 motion is stricken from the active docket of the court; and

    5. A Certificate of Appealability is DENIED.

    ENTER: October 23, 2013

    /s/ James P. Jones
    United States District Judge